| IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY FLORIDA |||
|---|---|---|
| **DIVISION: CIVIL** | **SUMMONS** <br> **(20 Day Corporate Service)** | **CASE NUMBER** <br> 11-06515CC25 |
| **PLAINTIFF(S)** <br><br> RAMON MUNOZ | **VS. DEFENDANT(S)** <br><br> YESSG RECOVERY I, LLC <br> NAOM COHEN <br> NAOM COHEN, P.A. | **CLOCK IN** |

THE STATE OF FLORIDA

You ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant(s):

**NOAM COHEN**
**RA-COHEN, NOAM ESQ**
**13899 BISCAYNE BLVD #305**
**MIAMI, FL 33181**

*[handwritten: 5/4/11 2:50pm NOAM COHEN ESQ. H.C.# 1855 11th Jud Cir]*

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's Attorney:

Erik Kardatzke, Esquire
Debt Defense, P.L.
6915 Red Road, Ste 200
Coral Gables, FL 33143

Within 20 days after service of this summons on that defendant, exclusive of the day of service, Saturdays, Sundays and Legal Holidays, and to file the original of the defenses with the Clerk of Court either before service on the Plaintiff's attorney or immediately thereafter. If defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN** <br> **CLERK OF COURTS** | BY: ALPHONZO NORTON <br> DEPUTY CLERK | **DATE** <br> MAY 03 2011 |
|---|---|---|

AMERICANS WITH DISABILITIES ACT OF 1990
IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990, PERSONS NEEDING A SPECIAL ACCOMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE COURT ADA COORDINATOR, NO LATER THAT 7 DAYS PRIOR TO THE PROCEEDINGS AT (305) 349-7174 (TDD)

*[handwritten: 43169 FDCPA suit]*

IN THE COUNTY COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 11-06515CC25 (01)

RAMON E. MUNOZ
   Plaintiff

v.

YESSG RECOVERY I, LLC
NOAM COHEN
NOAM COHEN, PA
   Defendants
_____/

THE ORIGINAL FILED
ON MAY 03 2011
IN THE OFFICE OF
CIRCUIT COURT DADE CO
CIVIL DIVISION

## COMPLAINT
### (JURY TRIAL DEMANDED)

COMES NOW, Plaintiff, who claims as follows:

1. A jury trial is demanded.

2. This is an action for more than $5,000.00, but less than $15,000.00 and is within the jurisdiction of this court.

3. Venue is proper because the actions occurred in this county.

4. Defendant YESSG RECOVERY I, is a debt collector as it routinely purchases defaulted consumer debt portfolios and uses the mail, telephones, and courthouses to collect the debts.

5. Defendant NOAM COHEN, PA, is a debt collector as it routinely represents YESSG RECOVERY I, and is a collection agency/lawfirm devoted to collecting defaulted consumer debt portfolios and uses the mail, telephones, and courthouses to collect the debts.

6. Defendant NOAM COHEN is an attorney who routinely represents YESSG RECOVERY I, and is a collection agency/lawfirm devoted to collecting

defaulted consumer debt portfolios and uses the mail, telephones, and courthouses to collect the debts.

7. Defendants are debt collectors as that term is defined by 15 U.S.C. §1692a(6) as they are routinely engaged in the purchase and collection of defaulted credit card debt, and use the mails, telephones, and courtroom to collect these debts.

8. Plaintiff ("MUNOZ") had his bank account garnished from a default final judgment in Miami-Dade County Case number (2010-12208 SP 23) for a Chase credit card account numbered 4104 1400 1640 4981, and is an alleged consumer as he was alleged to owe the debt, and suffered the consequences of defendants collection actions.

9. Ramon E. Munoz did not open or use the account; rather it was opened and used by his son, Ramon A. Munoz.

10. Ramon A. Munoz used the account for personal purposes such as restaurants, clothing shops such as Victoria Secrets, restaurants, medical bills, etc. and the debt is a consumer debt as contemplated by 15 U.S.C. §1692a(3), because it was used primarily for personal purposes.

11. Ramon A. Munoz defaulted on the credit card account on April 30, 2007 when he failed to make his last payment on the credit card account and was charged a late payment the next day.

12. Defendants waited until May 21, 2010 to file the lawsuit, which was more than three years after the statute of limitations.

13. Defendants violated 15 U.S.C. 1692e and f by filing a time barred lawsuit, and serving it upon MUNOZ, and subsequently garnishing his bank account.

14. Defendants violated 15 U.S.C. 1692c by communicating with MUNOZ about Ramon A. Munoz's debt, and continuing to do so after being notified by MUNOZ that he was a different person.

15. Defendants stated to MUNOZ that he was lying when he said that he was not Ramon A. Munoz.

16. Defendants were notified that they had served and garnished the wrong person by a letter from MUNOZ's attorney on September 2, 2010, and continued with the garnishment after being put on notice of that fact.

17. Defendants violated 15 U.S.C. 1692f by unfairly and unconscionably suing, serving, and garnishing the wrong person, and failing to investigate and correct the "error" after being put on notice of the "error."

18. MUNOZ is a natural person allegedly obligated to pay a debt to the defendant.

19. The obligation which defendants allege RAMON MUNOZ is obligated to pay is a "debt" as that term is defined by the FDCPA, 15 U.S.C. §1692a(5), as it was incurred for personal and familial purposes such as restaurants, clothing, medical expenses, and groceries..

20. PLAINTIFF suffered damages.

21. The Fair Debt Collection Practices Act, §1692k provides for actual damages, statutory damages up to One-thousand dollars ($1,000.00), costs of this action, and reasonable attorney's fees for any violation of the Act.

WHEREFORE, RAMON MUNOZ respectfully prays that this Court enter a judgment against the defendant for actual damages, statutory damages in the amount of one-thousand dollars ($1,000.00) for violations of the Fair Debt Collection Practices Act, costs of this action, and any and all such additional and further relief as this Court deems just or proper in the circumstances.

_____
Erik Kardatzke, Esq. FBN 17862
Debt Defense, P.L. – A Law Firm
6915 Red Road, Suite 200
Coral Gables, Florida 33143
Tel.: (305) 444-4323